Submitted on record and briefs July 14, affirmed July 23, 1970

STATE OF OREGON, *Respondent, v.*
MARK BROOM, JR., *Appellant.*

472 P2d 823

J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Lee Johnson, Attorney General, Salem, filed the brief for respondent. With him on the brief was Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Branchfield, Judges.

PER CURIAM.

Defendant, upon trial by jury, was convicted of armed robbery. The indictment charged him with robbing a service station attendant at gunpoint, taking approximately $70 and the attendant's gold wristwatch.

The attendant's testimony at the trial was that a man whom he positively identified as the defendant assaulted him by threatening him with a small-caliber gun and then took approximately $70 and the attendant's wristwatch. Contrary to defendant's contention, even absent other corroborating evidence which was introduced, this was ample evidence to support the jury verdict.

Affirmed.